UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 21-cv-10124-JLK

CODY NASH

    Plaintiff,

v.

UNITED STATES OF AMERICA
and HERNAN MARIN, individually,

    Defendants.

_____/

## ORDER GRANTING DEFENDANT'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

THIS CAUSE is before the Court on the February 14, 2023 Report and Recommendation ("R&R") (DE 51) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends granting Defendant Hernan Marin's Motion for Judgment on the Pleadings (DE 21). R&R at 1. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Becerra's Report and Recommendation **(DE 51)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

2. Defendant Marin's Motion for Judgment on the Pleadings **(DE 21)** be, and the same is, hereby **GRANTED**;

3. Counts IV and V of Plaintiff's Complaint (DE 1) be, and the same are, hereby **DISMISSED WITH PREJUDICE.**

4. Plaintiff's Rule 60(b)(1) Motion **(DE 35)** is hereby **DENIED AS MOOT**.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 2nd day of March, 2023.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: **All Counsel of Record**
**Magistrate Judge Jacqueline Becerra**